1983 Form

W

# In the United States District Court
# For the Northern District of Alabama

FILED
2016 NOV -9 A 10: 47
U.S. DISTRICT COURT
N.D. OF ALABAMA

Byron Roberts

_____

_____

CV-16-CO-1820-W

(Enter above the full name(s) of the plaintiff(s) in this action)

v

Captain John Hutton
Officer Pate

_____

_____

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit

   Plaintiff(s): _____

   Defendant(s) _____

2. Court (if Federal Court, name the district; if State Court, name the county)

   _____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement __BiBB County PRison__

   A. Is there a prisoner grievance procedure in this institution?
      Yes (✓)   No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes ( )   No (✓)

   C. If your answer is YES:
      1. What steps did you take? ~~~~~~~~~~~~~~~~

      2. What was the result? ~~~~~~~~~~~~~~~~

   D. If your answer is NO, explain why not? __I WAS Told The Institution WAS out oF FORMS__

III. Parties

In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) __Roberts Byron__

Address __565 BiBB Lane, Brent ALA. 35034__

-2-

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant __Captain John Hutton__

   is employed as __Captain over Security__

   at __Bibb County Prison, 565 Bibb Lane Brent, Ala 35034__

C. Additional Defendants __Officer Pate__
   __565 Bibb Lane__
   __Brent, Ala 35034__

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On October 13, 2016 Between 9:Am And 10:A.m. The Institution Called For Diabetic Feeding, As I Reported To The Kitchen To Eat, And As I was sitting At A Table" A Inmate By The Name of Danny Malone, Came up Behind Me" And Begin Stabbing Me In The Head, Arm, Sholder And my Back, As I was stabbed over 6 Times, And At The Time of This Incident, There were no officers In The Kitchen.

Officer Pate was Assigned To work In The Kitchen, But At The Time of This Incident The officer was no where Around, But The video

-3-

surveillance did record the incident.
 After I was stabbed over 6 times and taken to Health care, I was asked why security was not in the Kitchen, and I later I was released from Health care, But I really don't know and no one told me why Captain John Hutton did

## V. RELIEF

State briefly ~~exactly~~ what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Due to lack of security and punitive damages Mental Stress, Im asking of the court to take Immediate Action, and consider the amount of Monestory Damage at $150,000.00 Dollars

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on B- 11-7-16
(date)

Byron Roberts

Signature(s)

- 4 -

Continued Claim

Not provide security to be in the kitchen before this matter occurred, and therefore "I am at this time making my complaint, on lack of security and according to video surveillance.

*Byron Roberts*

Byron Roberts # 146865-E-1-18-A
565 Bibb Lane
Brent, AIA, 35034

Legal mail

SECURITY
NOV 09 2016
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

"This correspondence is forwarded from an Alabama State prison. The contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Clerk
United States District Court
Northern District
1729 5ᵀᴴ Ave. North
B'ham, AIA. 35203