# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| BYRON ROBERTS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 7:16-cv-01820-LSC-SGC |
| JOHN HUTTON, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on October 17, 2017, recommending this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b). (Doc. 6). Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen (14) days and further afforded him the opportunity to file an amended complaint within the same time period, the court has received neither objections nor an amended complaint. (*Id.* at 9-10)

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, in accordance with 28 U.S.C. § 1915A(b), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

A Final Judgment will be entered separately.

**DONE** and **ORDERED** on December 6, 2017.

_____
L. Scott Coogler
United States District Judge

160704